HAROLD F. LEWIS, Respondent, v. MARY SOCONIS, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

RUTH A. E. LINDQUIST, Appellant, v. JOSEPH DANZIGER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

WALTER MORRIS, Appellant, v. CARDER REALTY CORPORATION, Respondent.— Motion for reargument of motion to direct defendant to accept plaintiff's notice of appeal denied, without costs. Motion for leave to appeal to the Court of Appeals dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

SALVATORE MUZIO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED W. KAMMERER, Appellant.— Motion for a declaratory judgment denied. We are of opinion that this case should speedily be brought to trial. On consent, the motion to dismiss the appeal from an order of the County Court of Queens county overruling defendant's demurrer to an indictment charging him with the crime of grand larceny is granted and the appeal is dismissed. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. MARGARET C. HOBLIN, Appellant, and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 904.] Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

THOMAS F. ROCHE, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals from the judgment of affirmance denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

BERNICE ROTHMAN, Infant, by Her Guardian ad Litem, MARY ROTHMAN, Respondent, v. JOSEPH P. DAY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

WILLIAM RUVINSKY, Respondent, v. PHILIP SCHONBERG, FRANCES SCHONBERG and CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondents, and JACOB GROSSMAN and Others, Defendants, and ALBERT STIEFEL, as Trustee in Bankruptcy of PHILIP SCHONBERG, Intervenor-Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

WILLIAM RUVINSKY, Respondent, v. PHILIP SCHONBERG, FRANCES SCHONBERG, JACOB GROSSMAN, MISS BOB'S COATS CO., INC., MISS BOB'S COATS CORPORATION and RUTH GROSSMAN, Appellants; CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent, and Others, Defendants, and ALBERT STIEFEL, as Trustee in Bankruptcy of PHILIP SCHONBERG, Intervenor-Respondent. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.